IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION

| DAWN WAERS, | ) | |
|---|---|---|
| | ) | CASE NO. 2:20-CV-3713 |
| Plaintiff, | ) | |
| | ) | JUDGE MICHALE H. WATSON |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | ELIZABETH P. DEAVERS |
| | ) | |
| EMBASSY CAMBRIDGE, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. Civ. R. 41(a)(1)(A)(ii), the parties, by and through undersigned counsel, hereby stipulate that all claims filed by Plaintiff, Dawn Waers, are dismissed with prejudice, each party to bear its own costs, with the Court to retain jurisdiction over the settlement.

Respectfully submitted,

| | |
|---|---|
| /s/Scott Salsbury | /s/ Rachel A. Sabo Friedmann, Esq. |
| Scott Salsbury (0039287) | Rachel A. Sabo Friedmann (0089226) |
| Salsbury & Salsbury, LPA | 3740 Ridge Mill Drive |
| 5611 Hudson Dr., Suite 400 | Hilliard, Ohio 43026 |
| Hudson Ohio 44236 | (614) 610-9757 (direct) |
| 330-655-5760 Office | (614) 737-9812 (fax) |
| ssalsbury@salsburylaw.com | Rachel@TFFLegal.com |
| | |
| Counsel for Defendants | Attorney for Dawn Waers |